An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: TOYANELL K., A MINOR,

TOYANELL K., A MINOR
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 65940

**FILED**

JAN 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting State's petition to certify subject minor to adult status. Eighth Judicial District Court, Family Court Division, Clark County; William O. Voy, Judge. Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
        Saitta

_____ J.
        Gibbons

_____, J.
        Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01937

cc: Hon. William O. Voy, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A